UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET KASTARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.:  4:15-CV-484-JCH |
| vs. | ) | |
| | ) | |
| AXA EQUITABLE LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR STAY PENDING SETTLEMENT**

COMES NOW AXA Equitable Life Insurance Company and advises the Court that the

parties reached an agreement to resolve the case yesterday, January 5, 2016, during mediation

before James Hartenbach, USA&M.  Therefore, AXA respectfully requests that all deadlines be

stayed pending the completion of the settlement, which is anticipated to be completed by the end

of the month.

ARMSTRONG TEASDALE LLP

By:  /s/  Wilbur L. Tomlinson _____
        Clark H. Cole                              #28668
        Wilbur L. Tomlinson                  #28210
        7700 Forsyth Blvd., Suite 1800
        St. Louis, Missouri 63105
        314.621.5070
        314.621.5065 (Facsimile)
        ccole@armstrongteasdale.com
        wtomlinson@armstrongteasdale.com

ATTORNEYS FOR AXA EQUITABLE LIFE
INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick J. Hagerty
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620 Office
(314) 241-4140 Fax
phagerty@grgpc.com

ATTORNEYS FOR PLAINTIFF


Noel A. Sevastianos
SEVASTIANOS & ASSOCIATES, PC
120 South Central Avenue, Suite 130
St. Louis, MO 63105-1705
(314) 725-7577 Office
(314) 862-8050 Fax
noel@noelslaw.com

ATTORNEYS FOR PLAINTIFF

The undersigned further certifies that a true and complete copy of this document was served via hand delivery, on this 1st day of December, 2015, upon:


Noel A. Sevastianos
SEVASTIANOS & ASSOCIATES, PC
120 South Central Avenue, Suite 130
St. Louis, MO 63105-1705
(314) 725-7577 Office
(314) 862-8050 Fax
noel@noelslaw.com


_____/s/ Wilbur L. Tomlinson_____

2